**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KAREN FOSTER,<br>    Plaintiff,<br><br>v.<br><br>BOWIE COUNTY, TEXAS, and<br>BRUCE BALLOU<br>    Defendants. | § § § § § § § § § | <br><br>CIVIL ACTION NO. 2-05CV-526<br><br>U.S. District Judge T. John Ward<br><br>JURY DEMANDED |

## AGREED FINAL JUDGMENT

On this date came to be considered the above-entitled and numbered cause. The Plaintiff and Defendants announced to the Court that all matters in controversy have been fully and finally resolved and settled. The parties filed a Joint Motion to Dismiss with Prejudice requesting that the above-entitled and numbered cause be dismissed with prejudice to refiling in any form, with costs taxed to the party incurring same, and further requesting entry of this Agreed Final Judgment. The Court finds that all matters in controversy have been fully and finally resolved and settled between Plaintiff and Defendants, and that the above-entitled and numbered action should be dismissed with prejudice to refiling in any form, with costs taxed to the party incurring same.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered cause be, and hereby is, dismissed with prejudice to refiling in any form, with costs taxed to the party incurring same.

This Agreed Final Judgment disposes of all claims of all parties.

All other requested relief not expressly granted herein is denied.